# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00056-KD-MU |
| FRANCISCO TORRES-AMBROCIO | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 18) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) One of the Information, Illegal Reentry, is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **May 8, 2025, at 1:30 p.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this **11th day** of **April 2025**.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**